

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 20, 2025

**By ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

*Application Granted*
*Katharine H Parker*

11/20/2025

Re:    *United States v. Michael Herrera*, 25 Mag. 3529

Dear Judge Parker:

    The Government writes to provide the Court with an update in this matter. On November 5, 2025, defendant Michael Herrera was arrested in this district pursuant to a warrant issued by the U.S. District Court for the Western District of New York, 25 Cr. 193 (W.D.N.Y.); presented pursuant to Rule 5(c)(3) before Judge Ricardo, the duty magistrate judge; and ordered detained. (Dkt. 3.) The Court directed the removal of the defendant to the Western District, and set a control date for removal of November 25, 2025. (Dkt. 3, 4.)

    I have received confirmation from the United States Marshals Service that the defendant was removed to the Western District on November 19, 2025. The Government therefore respectfully requests that the November 25, 2025 control date be vacated.

                          Respectfully submitted,

                          JAY CLAYTON
                        United States Attorney

              by: _____
                        Kevin Grossinger
                        Assistant United States Attorney
                        Southern District of New York
                        kevin.grossinger@usdoj.gov
                        (212) 637-2426

cc:   Defense Counsel (by ECF)